| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Wallin, Cal. Bar No. 240344<br>Wallin & Russell LLP<br>26000 Towne Centre Drive, Suite 130<br>Foothill Ranch, CA 92610<br>Phone: 949-652-2200<br>Email: mwallin@wallinrussell.com<br><br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Huan Zhang | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JEFFREY HARMAN,<br><br><br><br><br>Debtor(s) | CASE NO.: 1:22-bk-10981-VK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION FOR EXAMINATION OF JEFFREY HARMAN AND PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 |

PLEASE TAKE NOTE that the order titled ORDER REGARDING EXAMINATION OF DEBTOR JEFFREY HARMAN AND DOCUMENT PRODUCTION PURSUANT TO BANKRUPTCY RULE 2004

was lodged on (*date*) __01/23/2023__ and is attached. This order relates to the motion which is docket number _17_.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 26000 Towne Centre Drive, Suite 130, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____01/23/2023____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/23/2023 | Michael Wallin | /s/ Michael Wallin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone:  949-652-2200
Facsimile:  949-652-2210
mwallin@wallinrussell.com

Attorneys for Creditor
HUAN ZHANG

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JEFFREY A. HARMAN,<br><br>                    Debtor. | Case No. 1:22-bk-10981-VK<br><br>Chapter 7<br><br>**ORDER REGARDING EXAMINATION OF DEBTOR JEFFREY HARMAN AND DOCUMENT PRODUCTION PURSUANT TO BANKRUPTCY RULE 2004** |

-1-

Upon review of Huan Zhang's *Motion for Examination of Debtor Jeffrey Harman and Document Production Pursuant to Bankruptcy Rule 2004* (the "Motion") and based on the Court's ruling of January 19, 2023, **IT IS ORDERED**:

1.    The Motion is granted.

2.    Jeffrey Harman shall appear for examination on **February 12, 2023** at 10:00 a.m. at Wallin & Russell LLP, 26000 Towne Centre Drive, Suite 130, Foothill Ranch, California 92610, although participants may appear remotely.

3.    Jeffrey Harman shall produce, by no later than February 6, 2023, the following documents:

a.  All of Harman's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
b.  All of Harman's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
c.  All of Harman's spouse's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
d.  All of Harman's spouse's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
e.  All of APC Tech LLC's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
f.  All of APC Tech LLC's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
g.  All of Conjunction LLC's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
h.  All of Conjunction LLC's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
i.  Documents sufficient to identify all assets of APC Tech LLC.
j.  Documents sufficient to identify all assets of Conjunction LLC.
k.  Documents sufficient to establish your, APC Tech LLC's, or Conjunction LLC's interest in any scripts regarding "Riley's Rainbow".
l.  All insurance policies in which Harman, Harman's spouse, APC Tech LLC, or Conjunction LLC has any interest.
m.  All appraisals of any assets owned by Harman, Harman's spouse, APC Tech LLC, or Conjunction LLC.
n.  Documents evidencing all residual payments to Harman's spouse from January 1, 2017 to the present.
o.  All statements regarding any life insurance policy in which Harman or Harman's spouse has any interest.
p.  Documents sufficient to establish the cash value of any life insurance policy in which Harman or Harman's spouse has an interest.
q.  Documents sufficient to establish all of Harman's sources of income from January 1, 2017 to the petition date.

-2-

r.   Documents sufficient to establish all of Harman's spouse's sources of income from January 1, 2017 to the petition date.

s.   Harman's 2019 federal and state tax returns.

t.   Harman's spouse's 2019 federal and state tax returns.

u.   APC Tech LLC's 2019 federal and state tax returns.

v.   Conjunction LLC's 2019 federal and state tax returns.

w.   Harman's 2020 federal and state tax returns.

x.   Harman's spouse's 2020 federal and state tax returns.

y.   APC Tech LLC's 2020 federal and state tax returns.

z.   Conjunction LLC's 2020 federal and state tax returns.

aa.  Harman's 2021 federal and state tax returns.

bb.  Harman's spouse's 2021 federal and state tax returns.

cc.  APC Tech LLC's 2021 federal and state tax returns.

dd.  Conjunction LLC's 2021 federal and state tax returns.

###

-3-

**SERVED VIA NOTICE OF ELECTRONIC FILING:**

- **Amy L Goldman (TR)**    marisol.jaramillo@lewisbrisbois.com,
  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Stella A Havkin**    stella@havkinandshrago.com, shavkinesq@gmail.com
- **Jennifer L Nassiri**    JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov