MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone:  949-652-2200
Facsimile:  949-652-2210
mwallin@wallinrussell.com

Attorneys for Creditor
HUAN ZHANG

FILED & ENTERED

JAN 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

JEFFREY A. HARMAN,

               Debtor.

Case No. 1:22-bk-10981-VK

Chapter 7

**ORDER REGARDING EXAMINATION OF DEBTOR JEFFREY HARMAN AND DOCUMENT PRODUCTION PURSUANT TO BANKRUPTCY RULE 2004**

Hearing

Date:   January 19, 2023
Time:   1:30 p.m.
Ctrm:   Via Zoomgov

-1-

Upon review of Huan Zhang's *Motion for Examination of Debtor Jeffrey Harman and Document Production Pursuant to Bankruptcy Rule 2004* (the "Motion") and based on the Court's ruling of January 19, 2023, **IT IS ORDERED**:

1.      The Motion is granted.

2.      Jeffrey Harman shall appear for examination on **February 13, 2023** at 10:00 a.m. at Wallin & Russell LLP, 26000 Towne Centre Drive, Suite 130, Foothill Ranch, California 92610, although participants may appear remotely.

3.      Jeffrey Harman shall produce, by no later than **February 6, 2023**, the following documents:

    a.  All of Harman's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
    b.  All of Harman's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
    c.  All of Harman's spouse's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
    d.  All of Harman's spouse's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
    e.  All of APC Tech LLC's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
    f.  All of APC Tech LLC's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
    g.  All of Conjunction LLC's monthly bank statements for all bank accounts for the time period of January 1, 2017 to the petition date.
    h.  All of Conjunction LLC's brokerage statements for all brokerage accounts for the time period of January 1, 2017 to the petition date.
    i.  Documents sufficient to identify all assets of APC Tech LLC.
    j.  Documents sufficient to identify all assets of Conjunction LLC.
    k.  Documents sufficient to establish your, APC Tech LLC's, or Conjunction LLC's interest in any scripts regarding "Riley's Rainbow".
    l.  All insurance policies in which Harman, Harman's spouse, APC Tech LLC, or Conjunction LLC has any interest.
    m.  All appraisals of any assets owned by Harman, Harman's spouse, APC Tech LLC, or Conjunction LLC.
    n.  Documents evidencing all residual payments to Harman's spouse from January 1, 2017 to the present.
    o.  All statements regarding any life insurance policy in which Harman or Harman's spouse has any interest.
    p.  Documents sufficient to establish the cash value of any life insurance policy in which Harman or Harman's spouse has an interest.
    q.  Documents sufficient to establish all of Harman's sources of income from January 1, 2017 to the petition date.

r.   Documents sufficient to establish all of Harman's spouse's sources of income from January 1, 2017 to the petition date.

s.   Harman's 2019 federal and state tax returns.

t.   Harman's spouse's 2019 federal and state tax returns.

u.   APC Tech LLC's 2019 federal and state tax returns.

v.   Conjunction LLC's 2019 federal and state tax returns.

w.   Harman's 2020 federal and state tax returns.

x.   Harman's spouse's 2020 federal and state tax returns.

y.   APC Tech LLC's 2020 federal and state tax returns.

z.   Conjunction LLC's 2020 federal and state tax returns.

aa. Harman's 2021 federal and state tax returns.

bb. Harman's spouse's 2021 federal and state tax returns.

cc. APC Tech LLC's 2021 federal and state tax returns.

dd. Conjunction LLC's 2021 federal and state tax returns.

###

Date: January 24, 2023

Victoria S. Kaufman
United States Bankruptcy Judge

-3-